# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ESG REPUBLIC INC, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-CV-00026 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 12) |

The parties have alerted the Court that the matter has resolved. (Doc. 12 Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 18, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

　　Dated: __**March 26, 2018**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE