1  ALAN H. BARBANEL (Cal Bar No. 108196)
   ILYA A. KOSTEN (Cal Bar No. 173663)
2  BARBANEL & TREUER, P.C.
   1925 Century Park East, Suite 350
3  Los Angeles, California 90067
   (310) 282-8088 - Telephone
4  (310) 282-8779 - Facsimile

5  Attorneys for Plaintiffs Liberty Mutual Fire
   Insurance Company and Wausau
6  Underwriters Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, A MASSACHUSETTS STOCK CORPORATION, AND WAUSAU UNDERWRITERS INSURANCE COMPANY, A WISCONSIN CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ESG REPUBLIC, INC., A CALIFORNIA CORPORATION D/B/A WORKLOGICHR; RAND EMPLOYMENT SOLUTIONS, A CALIFORNIA BUSINESS ENTITY OF UNKNOWN FORM; COLONY WEST EMPLOYER SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; WLHR LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; THORN ROBERSON, INC., A CALIFORNIA CORPORATION; WORKLOGIC EPS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; JEFFREY D. THORN, AN INDIVIDUAL RESIDING IN CALIFORNIA; AND DOES 1-10,<br><br>Defendants. | Case No. 1:18-CV-00026-LJO-JLT<br><br>**STIPULATION FOR ENTRY OF JUDGMENT FOR PLAINTIFFS LIBERTY MUTUAL FIRE INSURANCE CORPORATION AND WAUSAU UNDERWRITERS INSURANCE COMPANY IN THE EVENT OF DEFENDANTS' DEFAULT ON SETTLEMENT AGREEMENT**<br><br>[~~PROPOSED~~] ORDER<br><br>**(Doc. 14)** |

TO THE HONORABLE COURT:

Plaintiffs LIBERTY MUTUAL FIRE INSURANCE COMPANY ("LMFIC") and WAUSAU UNDERWRITERS INSURANCE COMPANY ("WAUSAU") (collectively "PLAINTIFFS") and Defendants ESG REPUBLIC, INC. D/B/A WORKLOGICHR ("ESG"); RAND EMPLOYMENT SOLUTIONS ("RAND"); COLONY WEST EMPLOYER SERVICES LLC ("COLONY WEST"), WLHR LLC ("WLHR"), THORN ROBERSON, INC. ("THORN ROBERSON") (collectively "ESG COMPANIES"), and JEFFREY D. THORN ("THORN") (collectively "DEFENDANTS") hereby stipulate and agree to the following terms and conditions and request the entry of the order based upon this Stipulation as follows:

1. PLAINTIFFS on the one hand and DEFENDANTS on the other hand have concurrently entered into a written Settlement Agreement and Mutual Release (the "Settlement Agreement") whereby the ESG COMPANIES have agreed to pay PLAINTIFFS the sum of $260,161.86, pursuant to a payment schedule commencing on May 15, 2018, and ending February 15, 2019, and further agreed to fully and timely pay: (a) all future deductibles billed by PLAINTIFFS to ESG COMPANIES up to $250,000 per claim; and (b) retrospective premium adjustments.

2. Each party will bear its own attorneys' fees and costs, and the Court will retain jurisdiction to enforce the Settlement Agreement and enter judgment in the event the ESG COMPANIES, or any of them, default on the Settlement Agreement pursuant to the terms hereof.

3. In the event ESG COMPANIES default by failing to timely and fully make any payment due under the Settlement Agreement: (a) PLAINTIFFS are hereby authorized to file a proposed judgment against ESG, RAND, COLONY WEST, WLHR, and THORN ROBERSON and each or any of them with the Court in the sum of $919,937.40 less any amounts collected prior to default, plus post judgment interest thereon at 7.5% per annum from the date of default; and (b) the Court is authorized to enter judgment thereupon pursuant to this Stipulation.

1. 4. DEFENDANTS, and each of them, hereby knowingly, expressly, and irrevocably, and based upon the advice of their own counsel, waive and relinquish all rights of appeal, notice, and other procedural or substantive rights in connection with the validity and enforcement of this Stipulation and any judgment(s) obtained pursuant to this Stipulation.

5. All of the terms and provisions contained herein shall inure to the benefit of and shall be binding upon the parties hereto and their respective heirs, legal representatives, successors, assigns and transferees.

6. No amendment, change or modification of this Stipulation shall be valid, unless in writing and signed by all of the parties hereto.

7. Except as set forth in the Settlement Agreement, this Stipulation constitutes the entire understanding and agreement of the parties with respect to its specific subject matter (as expressed hereinabove), and any and all prior agreements, understandings or representations with respect to its subject matter are hereby terminated and canceled in their entirety and are of no further force or effect.

8. Each of the parties to this Stipulation represents and warrants that he/she/it has the full right, power, legal capacity and authority to enter into and perform the parties' respective obligations hereunder and that such obligations shall be binding upon such party without the requirement of the approval or consent of any other person or entity.

9. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A fax or email copy of this Stipulation is effective as a signed original.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

424526.1

10. The foregoing terms are accepted by the parties hereto, evidenced by their respective signatures below.

PLAINTIFF:

LIBERTY MUTUAL FIRE INSURANCE CORPORATION

_____

Name:_____

Its:_____     Date:_____

PLAINTIFF:

WAUSAU UNDERWRITERS INSURANCE CORPORATION

_____

Name:_____

Its:_____     Date:_____

DEFENDANT:

ESG REPUBLIC, INC., D/B/A WORKLOGICHR

_____

Name:_____

Its:_____     Date:_____

DEFENDANT:

RAND EMPLOYMENT SOLUTIONS

_____

Name:_____

Its:_____     Date:_____

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

424526.1

DEFENDANT:

COLONY WEST EMPLOYER SERVICES LLC

_____

Name:_____

Its:_____     Date:_____

DEFENDANT:

WLHR LLC

_____

Name:_____

Its:_____     Date:_____

DEFENDANT:

THORN ROBERSON, INC.

_____

Name:_____

Its:_____     Date:_____

DEFENDANT:

JEFFREY D. THORN

_____     Date:_____

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

424526.1

APPROVED AS TO FORM AND CONTENT:

BARBANEL & TREUER, P.C.

By:_____

   Ilya Kosten, Esq.
   Attorneys for Plaintiffs
   Liberty Mutual Fire Insurance Company and
   Wausau Underwriters Insurance Company

APPROVED AS TO FORM AND CONTENT:

LYNCH & LYNCH, LLP

By:_____

   Craig M. Lynch
   Attorneys for Defendants ESG Republic, Inc.
   d/b/a WorklogicHR, Rand Employment Solutions,
   Colony West Employer Services LLC, WLHR LLC,
   Thorn Roberson, Inc., and Jeffrey D. Thorn

## [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation is **GRANTED** and the Court will retain jurisdiction for purposes of enforcement of the settlement agreement. In the event of breach of the agreement, the plaintiffs may apply to the Court for entry of judgment based upon this stipulation;

2. No later than **May 18, 2018**, the parties **SHALL** file a stipulated dismissal.

IT IS SO ORDERED.

   Dated: **May 9, 2018**            **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE