ALAN H. BARBANEL (Cal Bar No. 108196)
ILYA A. KOSTEN (Cal Bar No. 173663)
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
(310) 282-8088 - Telephone
(310) 282-8779 - Facsimile

Attorneys for Plaintiffs Liberty Mutual Fire
Insurance Company and Wausau
Underwriters Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ESG REPUBLIC, INC., et al.,<br><br>Defendants. | Case No. 1:18-CV-00026-LJO-JLT<br><br>**ORDER CLOSING CASE**<br>**(Doc. 16)** |

The parties have stipulated to dismiss the action. (Doc. 16) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **May 21, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE